UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YA AGYEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>TD BANK USA, N.A., et al.,<br><br>        Defendants. | Case No. 5:17-cv-04092-HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Re: Dkt. No. 12 |

Brian Melendez moves for admission pro hac vice. Counsel wishing to appear pro hac vice in this district must have co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L.R. 11-3(a)(3). Mr. Melendez identifies co-counsel who has not been found on the membership rolls of the bar of this Court. Accordingly, the application for appearance in pro hac vice is denied, without prejudice to renew the request in compliance with Civil Local Rule 11-3.

        SO ORDERED.

Dated:   September 13, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge