Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Ya Agyeman

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA AGYEMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>TD BANK USA, N.A., et al.,<br><br>             Defendants. | Case No.: 5:17-cv-04092-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TD BANK USA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Ya Agyeman and defendant TD Bank USA, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of TD Bank USA, N.A., Inc. from this action upon finalization.

                                                                                **Sagaria Law, P.C.**

Dated:   October 3, 2017             By:      /s/ *Elliot Gale*
                                                                                 Elliot Gale
                                                                                 Attorneys for Plaintiff

//

|  |  |
|---|---|
|  | **Boornazian Jensen Garthe** |
| Dated:   October 3, 2017 | By:   /s/ *Jeffrey A. Loew* |
|  | Jeffrey A. Loew |
|  | Attorneys for Defendant |
|  | TD Bank USA, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Jeffrey A. Loew has concurred in this filing.

*/s/ Elliot Gale*